**WELSH LAW OFFICES**
80 Worcester Street, Suite 5
North Grafton, MA 01536

Richard M. Welsh, Jur.D.
Attorney At Law

Telephone: (508) 839-7713
Facsimile: (508) 839-7715

1/19/05

A.U.S.A. Neil J. Gallagher, Jr.
United States Attorney's Office
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re: United States vs. Gerardo Vasseur Ortiz aka Alejandro Rosa
Criminal No. 04-10299-PBS

Dear Mr. Gallagher:

Pursuant to the provisions of Local Rule 116.3, the defendant, Gerardo Vasseur Ortiz, makes the following requests for additional discovery:

(1) Provide copies of all pen registers which list any telephone calls alleged to have been made by or received from the defendant, Gerardo Vasseur Ortiz, together with the date of each such call and the telephone number to which each such call was made.

(2) Identify each and every audio recording or CD, by Exhibit Number, time and date, in which it is alleged that the defendant, Gerardo Vasseur Ortiz, either participated, or was mentioned, or during which he is alleged to have been present, and provide a transcript, (and a translation, if necessary), of each such call.

(3) Identify each and every video recording, by Exhibit Number, place and date, in which it is alleged that the defendant, Gerardo Vasseur Ortiz, appears.

(4) Provide a copy of any written statement and/or a summary of any oral statement, made by any of the other defendants, charged in this indictment, in which the defendant, Gerardo Vasseur Ortiz, is named or referred to.

(5) Provide copies of any drug registers or records, seized by the Government, which name or refer to the defendant, Gerardo Vasseur Ortiz.

(6) Provide copies of any documents or records seized, in the process of the investigation leading up to this indictment, in which the defendant, Gerardo Vasseur Ortiz, is named or referred to.

(7) Identify any bad acts and/or relevant conduct which the Government intends to introduce into evidence against the defendant, Gerardo Vasseur Ortiz.

(8) Identify, by date, each and every DEA 6 report which names or refers to the defendant, Gerardo Vasseur Ortiz.

(9) Provide copies of all local police reports and/or Massachusetts State Police reports, generated in connection with the investigation leading up to this indictment, in which the defendant, Gerardo Vasseur Ortiz, is named or referred to.

(10) Disclose the quantity of cocaine for which the Government concludes the defendant, Gerardo Vasseur Ortiz, is accountable, under Count 1 of the indictment, and set forth the factual bases for such conclusion.

(11) Set forth the dates or approximate dates between which the Government alleges that the defendant, Gerardo Vasseur Ortiz, participated in the conspiracy alleged in Count 1 of the indictment, and state the factual bases for such allegation.

(12) Identify each and every specific and overt act of the defendant, Gerardo Vasseur Ortiz, (including the date and place of each such act), which the Government intends to use as evidence of his involvement in the conspiracy alleged in Count 1 of the indictment.

(13) Disclose and set forth the details of any agreement entered into between the Government and any potential Government witness which could influence the testimony of such witness or which could have some bearing on the credibility to be attached to the testimony of such witness.

By his attorney,

_____
Richard M. Welsh
Attorney for Gerardo Vasseur Ortiz

Copy to: Ms. Lisa Roland, Clerk to the Honorable Charles B. Swartwood, III.