JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
Same Defendant   x          New Defendant
Magistrate Judge Case Number   M 04-1732- CBS
Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   RICARDO MANUEL ESTRADA          Juvenile:   ☐ Yes   X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex: MALE Race: Hispanic   Nationalit Mexican

**Defense Counsel if known:**   Eliot Weinstein, Esq.          Address 228 Lewis Wharf

Bar Number                              617-367-9334

**U.S. Attorney Information:**

AUSA   Neil Gallagher          Bar Number if applicable

**Interpreter:**   X Yes   No          List language and/or dialect:   Spanish

**Matter to be SEALED:**   Yes   X   No

Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date

X Already in Federal Custody as of          Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No. __II__          **Investigating Agency** __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                              Same Defendant ____          New Defendant ____
                              Magistrate Judge Case Number __04-M-1685 CBS__
                              Search Warrant Case Number __04-M-1720-to-1730__
                              R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name __ANDRES MARTINEZ-ACEVEZ__          Juvenile:     ☐ Yes     X No

Alias Name __"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"__

Address ____

Birthdate: ____ SS # __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__ Sex: __MALE__ Race: __Hispanic__          Nationalit __Mexican__

**Defense Counsel if known:**     John Cicilline, Esq.     Address __381 Atwells Ave., Providence, RI__

Bar Number ____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__          Bar Number if applicable ____

**Interpreter:**     X Yes     No          List language and/or dialect:     __Spanish__

**Matter to be SEALED:**     Yes  X     No

     Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date     __5/1/2004__

X Already in Federal Custody as of ____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at ____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:     Ordered by: ____          on ____

**Charging Document:**     Complaint     ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty ____     ☐ Misdemeanor ____     X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __~~10/5/04~~ 3/23/05__          Signature of AUSA: ____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.**  II _____    **Investigating Agency**  DEA _____

**City**  Lynn _____            **Related Case Information:**

**County**  Essex _____         Superseding Ind./ Inf.  X _____    Case No.  04-10299 PBS
                                   Same Defendant  x _____    New Defendant _____
                                   Magistrate Judge Case Number  04-M-1685 CBS
                                   Search Warrant Case Number  04-M-1720 to 1730
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE ROSALES _____        Juvenile:    ☐ Yes    X No

Alias Name  TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address  88 NEWARK ST. LYNN MA

Birthdate:  5/10/76 ___  SS #  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  Sex:  MALE  Race:  Hispanic _____  Nationalit  Mexican

**Defense Counsel if known:**        Raymond A. O'Hara, Esq.        Address  1 Exchange Place., Worcester, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA _____                                Bar Number if applicable _____

**Interpreter:**    X Yes    No        List language and/or dialect:    Spanish

**Matter to be SEALED:**        Yes  X  No

        Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date    5/1/04

X Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  X☐ Felony — 4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  3/23/05 _____    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** <u>JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"</u>

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

## U.S. District Court - District of Massachusetts

**Place of Offense:**      **Category No.**   II      **Investigating Agency**   DEA

**City**   Lynn

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf.   X      Case No.   04-10299 PBS
Same Defendant   x      New Defendant
Magistrate Judge Case Number   04-M-1685 CBS
Search Warrant Case Number   04-M-1720 to 1730
R 20/R 40 from District of

### Defendant Information:

Defendant Name   VALENTIN MARTINEZ      Juvenile:   ☐ Yes   X No

Alias Name   VALENTIN RIVERA AKA V AKA VALE

Address   108 JOHNSON STREET, LYNN, MA

Birthdate:   12/20/69   SS #   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   Sex:   MALE   Race:   Hispanic      Nationalit   Mexican

**Defense Counsel if known:**      Ronald Ian Segal, Esq.      Address   23 Central Ave., Lynn, MA

Bar Number

### U.S. Attorney Information:

AUSA   Neil Gallagher      Bar Number if applicable

**Interpreter:**   X Yes   X No      List language and/or dialect:      Spanish

**Matter to be SEALED:**      Yes   X   No

     Warrant Requested      ☐ Regular Process      x In Custody

### Location Status:

Arrest Date   5/1/04

x Already in Federal Custody as of      in   Wyatt Detention, Central Falls, RI   .
☐ Already in State Custody at      ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:      on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty ———   ☐ Misdemeanor ———   X☐ Felony —— 3

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05      Signature of AUSA: _(signature)_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody                       **Related Case Information:**

County    Essex                          Superseding Ind./ Inf.    X              Case No.    04-10299-PBS
                                         Same Defendant     x            New Defendant _____
                                         Magistrate Judge Case Number    04-m-1685-CBS
                                         Search Warrant Case Number    04-m-1720 to 1730
                                         R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   MANUEL GERMOSEN                          Juvenile    ☐ Yes    ☒ No

Alias Name    Kelvin Madera, Manolo

Address

Birth date (Year only): _____    SSN (last 4 #): _____    Sex  M  Race:    Hispanic      Nationality:  Dom Rep

**Defense Counsel if known:**    Steven Judge                     **Address:  23 Central Ave., #605**
                                                                              **Lynn, MA 01902**
**Bar Number:**

**U.S. Attorney Information:**

AUSA   Neil Gallagher                          Bar Number if applicable

Interpreter:    ☒ Yes ☐ No           **List language and/or dialect:**    **Spanish**

**Matter to be SEALED:**    ☐ Yes   ☒ No

        ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**

☒ **Already in Federal Custody as**   May 1, 2005                  **in**   **Plymouth County**                .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    Ordered by _____    **on**

**Charging Document:**        ☐ **Complaint**        ☐ **Information**        ☒ **Indictment**

**Total # of Counts:**        ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony**    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒       **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.**

Date: 3/23/05          **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     MANUEL GERMOSEN** _____

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                  **Related Case Information:**

**County**   Essex               Superseding Ind./ Inf.   X                Case No.   04-10299 PBS
                                 Same Defendant    X             New Defendant
                                 Magistrate Judge Case Number      04-M-1685 CBS
                                 Search Warrant Case Number      04-M-1720 to 1730
                                 R 20/R 40 from District of

### Defendant Information:

Defendant Name   ABDALLAH HAMDAN                        Juvenile:      ☐ Yes      X No

Alias Name

Address      10 ROOSEVELT ST METHUEN MA

Birthdate:  1/17/76      SS #  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  Sex:  MALE  Race:  Arabic            Nationalit  Palestinian

**Defense Counsel if known:**      Melvin Norris, Esq.           Address  260 Boston Post Rd., Wayland, MA

Bar Number

### U.S. Attorney Information:

AUSA   Neil Gallagher                        Bar Number if applicable

**Interpreter:**      ☐ Yes     X No          List language and/or dialect:

**Matter to be SEALED:**          Yes  X     No

       Warrant Requested          ☐ Regular Process          X In Custody

### Location Status:

Arrest Date        5/1/04

X  Already in Federal Custody as of                    in    Wyatt Detention, Central Falls, RI       .
☐  Already in State Custody at                   ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:                   on

**Charging Document:**       Complaint       ☐ Information        X Indictment

**Total # of Counts:**       ☐ Petty           ☐ Misdemeanor          ☐ X Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:    3/23/05           Signature of AUSA:    _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA            Category No. _____    **Investigating Agency**  DEA/MSP

City   Lynn/Peabody                  **Related Case Information:**

County    Essex                      Superseding Ind./ Inf.   X            Case No.    04-10299-PBS
                                     Same Defendant     x            New Defendant _____
                                     Magistrate Judge Case Number    04-m-1685-CBS
                                     Search Warrant Case Number    04-m-1720 to 1730
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   RICARDO MARTINEZ                Juvenile    ☐ Yes    ☒ No

Alias Name   Chorizo, Chon

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:   Hispanic    Nationality:  Dom Rep

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                **Bar Number if applicable** _____

Interpreter:   ☒ Yes ☐ No        **List language and/or dialect:**    Spanish

**Matter to be SEALED:**    ☐ Yes   ☒ No

☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____  **in** _____  .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by _____  **on**

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05        Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MARTINEZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA _____    Category No. _____    Investigating Agency  DEA/MSP _____

City  Lynn/Peabody _____        **Related Case Information:**

County  Essex _____          Superseding Ind./ Inf.  __X_____    Case No.  04-10299-PBS
                                 Same Defendant  __x_____    New Defendant _____
                                 Magistrate Judge Case Number  04-m-1685-CBS
                                 Search Warrant Case Number  04-m-1720 to 1730
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  HOWARD GREENBERG _____        Juvenile    ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Caucasian   Nationality:  US _____

**Defense Counsel if known:**   Roger Witkin _____        Address:  **6 Beacon Street, Ste 1010**
                                                                   **Boston, MA 02108**
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher _____        **Bar Number if applicable** _____

Interpreter:    ☐ Yes ☐ No         List language and/or dialect:   **Spanish** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

      ☐ **Warrant Requested**         ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____  in  _____ .
☐ **Already in State Custody** _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ **On Pretrial Release:**   Ordered by  MJ Swartwood _____  on  **May 2004**

**Charging Document:**    ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     **HOWARD GREENBERG** _____

<strong>U.S.C. Citations</strong>

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__    **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__      **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__     Case No. __04-10299-PBS__
Same Defendant __x__     New Defendant _____
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __EDGAR HOFFENS__     Juvenile ☐ Yes ☒ No

Alias Name __Carlos Colon Rivera, Tigueron__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Caucasian__ Nationality: __US__

**Defense Counsel if known:**   **John Wall**     **Address:** __1 Commercial Wharf West__
__Boston, MA 02110__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__     **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No     **List language and/or dialect:** __Spanish__

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05     **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDGAR HOFFENS**

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**           **Category No.**  II            **Investigating Agency**   DEA

**City**   Lynn                      **Related Case Information:**

**County**   Essex                Superseding Ind./ Inf.   X              Case No.   04-10299 PBS
                                 Same Defendant    X              New Defendant
                                 Magistrate Judge Case Number    04-M-1685 CBS
                                 Search Warrant Case Number    04-M-1720 to 1730
                                 R 20/R 40 from District of

### Defendant Information:

Defendant Name   ROGELIO GARCIA                    Juvenile:    ☐ Yes    X No

Alias Name   LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address   85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80    SS # 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  Sex:  MALE  Race:  Hispanic         Nationalit   USA

**Defense Counsel if known:**     James H. Budreau, Esq.       Address  20 Park Plaza, Boston, MA

Bar Number

### U.S. Attorney Information:

AUSA   Neil Gallagher                    Bar Number if applicable

**Interpreter:**    ☐ Yes    X No         List language and/or dialect:

**Matter to be SEALED:**        Yes  X    No

        Warrant Requested        X☐  Regular Process        In Custody

### Location Status:

Arrest Date

    Already in Federal Custody as of                  in                                    .
☐ Already in State Custody at ———————— ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood      on

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty           ☐ Misdemeanor         ☐ X Felony —— 2 ——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-garcia.wpd - 2/7/02

*14*

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA__    Category No. _____    Investigating Agency __DEA/MSP__

City  __Lynn/Peabody__    **Related Case Information:**

County  __Essex__    Superseding Ind./ Inf.  __X__    Case No.  __04-10299-PBS__
Same Defendant  __x__    New Defendant
Magistrate Judge Case Number  __04-m-1685-CBS__
Search Warrant Case Number  __04-m-1720 to 1730__
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __JAVIER ANGEL ROMERO__    Juvenile  ☐ Yes   ☒ No

Alias Name  __Ramon Acosta, the Singer__

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex __M__ Race: __Hispanic__  Nationality: _____

**Defense Counsel if known:**    __Ray Buso__    **Address:** __15 Church Street__
__Salem, MA 01970__
**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__    **Bar Number if applicable** _____

Interpreter:  ☒ Yes ☐ No    List language and/or dialect:    __Spanish__

Matter to be SEALED:    ☐ Yes   ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  _____  on  _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05    Signature of AUSA: