JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    JAVIER ANGEL ROMERO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: MA    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody    Related Case Information:

County  Essex    Superseding Ind./ Inf.  X    Case No.  04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  CHRISTIAN GERMOSEN    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Hispanic  Nationality:  Dom. Rep.

Defense Counsel if known:  Michael Hickey    Address:  15 Church Street
Salem, MA 01970

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment
Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   CHRISTIAN GERMOSEN

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                **U.S. District Court - District of Massachusetts**

Place of Offense: MA          Category No. _____    Investigating Agency  DEA/MSP

City   Lynn/Peabody           Related Case Information:

County   Essex                Superseding Ind./ Inf.   X            Case No.   04-10299-PBS
                              Same Defendant   x         New Defendant _____
                              Magistrate Judge Case Number   04-m-1685-CBS
                              Search Warrant Case Number   04-m-1720 to 1730
                              R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   JUAN MARTINEZ                      Juvenile   ☐ Yes   ☒ No

Alias Name   Juan Eustate

Address   _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Hispanic   Nationality:  Mexican

Defense Counsel if known: _____          Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                        Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No       List language and/or dialect:      Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date:   FUGITIVE

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    JUAN MARTINEZ

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __MA__     Category No. _____     Investigating Agency __DEA/MSP__

City __Lynn/Peabody__     Related Case Information:

County __Essex__
Superseding Ind./ Inf.  __X__     Case No. __04-10299-PBS__
Same Defendant __x__     New Defendant _____
Magistrate Judge Case Number   __04-m-1685-CBS__
Search Warrant Case Number   __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GERARDO VASSUER ORTIZ__     Juvenile  ☐ Yes  ☒ No

Alias Name __Scarface__

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex __M__  Race: __Hispanic__  Nationality: __Mexican__

Defense Counsel if known:  __Richard Welsh__     Address: __80 Worchester St., Ste 5__
__North Grafton MA. 01536__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__     Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No     List language and/or dialect:  __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__     Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     GERARDO VASSUER ORTIZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

Place of Offense: MA     Category No. _____     Investigating Agency: DEA/MSP
City: Lynn/Peabody
County: Essex

Related Case Information:
Superseding Ind./ Inf.  X      Case No.  04-10299-PBS
Same Defendant  x       New Defendant
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: PHIL ASARO     Juvenile: [ ] Yes  [X] No
Alias Name:
Address:
Birth date (Year only): ___  SSN (last 4 #): ___  Sex: M  Race: Caucasian  Nationality: ___

Defense Counsel if known: Kirk Griffin     Address: 50 Standford Street, Boston, MA 02114
Bar Number:

**U.S. Attorney Information:**

AUSA: Neil Gallagher     Bar Number if applicable: ___
Interpreter: [ ] Yes  [X] No     List language and/or dialect: ___
Matter to be SEALED: [ ] Yes  [X] No

[ ] Warrant Requested     [ ] Regular Process     [ ] In Custody

**Location Status:**

Arrest Date: ___

[ ] Already in Federal Custody as ___ in ___
[ ] Already in State Custody ___  [ ] Serving Sentence  [ ] Awaiting Trial
[X] On Pretrial Release:  Ordered by  MJ Swartwood  on  May 2004

Charging Document:  [ ] Complaint  [ ] Information  [X] Indictment
Total # of Counts:  [ ] Petty  [ ] Misdemeanor  [X] Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     PHIL ASARO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA   **Category No.** _____   **Investigating Agency** DEA/MSP

**City** Lynn/Peabody   **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X   **Case No.** 04-10299-PBS
Same Defendant  x   New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  SILVESTRE LIZARDI   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex M  Race: Hispanic  Nationality: _____

Defense Counsel if known:  Michael Sneider   Address: 95 Commercial Wharf
                                                         Boston, MA 2110
Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher   Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  MJ Swartwood  on  May 2004

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     SILVESTRE LIZARDI

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

**City** __Lynn__   **Related Case Information:**

**County** __Essex__
Superseding Ind./ Inf.  __X__    Case No. __04-10299 PBS__
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number   __04-M-1685 CBS__
Search Warrant Case Number   __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ROBERT V. RUSCIO__   Juvenile:  ☐ Yes   X No

Alias Name _____

Address __286 NEWBURY ST., PEABODY, MA__

Birthdate: __7/15/51__   SS # __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__   Sex: __MALE__   Race: __White__   Nationalit __USA__

**Defense Counsel if known:** __Edward L. Hayden, Esq.__   Address __7 Franklin St., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__   Bar Number if applicable _____

Interpreter:   ☐ Yes   X No   List language and/or dialect: _____

**Matter to be SEALED:**   Yes   X No

\ Warrant Requested   X☐ Regular Process   In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: __Mag. Judge Swartwood__ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty —   ☐ Misdemeanor —   X☐ Felony — 2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

Place of Offense: MA    Category No. _____    Investigating Agency: DEA/MSP

City: Lynn/Peabody

County: Essex

Related Case Information:
Superseding Ind./ Inf. __X__    Case No. 04-10299-PBS
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name: GIOVANI AVILA    Juvenile: ☐ Yes  [X] No

Alias Name: _____

Address: _____

Birth date (Year only): _____    SSN (last 4 #): _____    Sex: M    Race: Hispanic    Nationality: _____

Defense Counsel if known: Michael Natola    Address: 240 Commerical Street, Ste 2B, Boston, MA 02109

Bar Number: _____

### U.S. Attorney Information:

AUSA: Neil Gallagher    Bar Number if applicable: _____

Interpreter: ☐ Yes  [x] No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  [x] No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

### Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
[x] On Pretrial Release: Ordered by MJ Swartwood on May 2004

Charging Document:    ☐ Complaint    ☐ Information    [x] Indictment

Total # of Counts:    ☐ Petty    ☐ Misdemeanor    [x] Felony    1 count

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    GIOVANI AVILA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: MA    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody    Related Case Information:

County  Essex    Superseding Ind./ Inf.  X    Case No.  04-10299-PBS
Same Defendant  x    New Defendant
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  GILBERTO ZAYAS    Juvenile  ☐ Yes  ☒ No

Alias Name  Cumbia King, Tony

Address  _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race: Hispanic  Nationality: ____

Defense Counsel if known:  Raymond E. Gillespie    Address: 875 Massachusetts Ave, Ste 32
                                                             Cambridge, MA 02139
Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable  _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  MJ Swartwood  on  May 2004

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____