JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   GILBERTO ZAYAS

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet          U.S. District Court - District of Massachusetts

Place of Offense: __MA__          Category No. _____          Investigating Agency __DEA/MSP__

City __Lynn/Peabody__          Related Case Information:

County __Essex__
- Superseding Ind./Inf. __X__          Case No. __04-10299-PBS__
- Same Defendant __x__          New Defendant _____
- Magistrate Judge Case Number __04-m-1685-CBS__
- Search Warrant Case Number __04-m-1720 to 1730__
- R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __LUIS E. DEJESUS__          Juvenile  [ ] Yes  [X] No

Alias Name __Edgardo__

Address _____

Birth date (Year only): _____    SSN (last 4 #): _____    Sex __M__    Race: __Hispanic__    Nationality: _____

Defense Counsel if known: __John W. Laymon__          Address: __77 Franklin Street, # 3__
                                                              __Boston, MA 02110__

Bar Number: _____

## U.S. Attorney Information:

AUSA __Neil Gallagher__          Bar Number if applicable _____

Interpreter:  [X] Yes  [ ] No          List language and/or dialect: __Spanish__

Matter to be SEALED:  [ ] Yes  [X] No

[ ] Warrant Requested          [ ] Regular Process          [ ] In Custody

## Location Status:

Arrest Date: _____

[X] Already in Federal Custody as __May 2004__ in __Wyatt__
[ ] Already in State Custody _____    [ ] Serving Sentence    [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document:  [ ] Complaint    [ ] Information    [X] Indictment

Total # of Counts:  [ ] Petty    [ ] Misdemeanor    [X] Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

[X]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    LUIS E. DEJESUS

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

Y&JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**      Category No. __II__     Investigating Agency __DEA__

**City** __Lynn__

**County** __Essex__

**Related Case Information:**
Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number __04-M- 1731CBS__
Search Warrant Case Number __04- M 1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __BENITO GRULLON__    Juvenile: ☐ Yes  X No

Alias Name __QUICO__

Address _____

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic__ Nationalit __Dominican__

Defense Counsel if known: __Ron Ian Segal, Esq..__    Address __23 Central Ave., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    Bar Number if applicable _____

Interpreter: X Yes    No    List language and/or dialect: __Spanish__

Matter to be SEALED:    Yes   X No

   Warrant Requested     X Regular Process     In Custody

**Location Status:**

Arrest Date __5/1/04__

X Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   BENITO GRULLON

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-grulle.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA, CA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf.  x    Case No. 04-10299-PBS
Same Defendant _____    New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  MARTIN CERNA GARCIA    Juvenile  ☐ Yes  ☒ No

Alias Name  "Willy"; "Nephew"

Address  11027 Meyers Dr., Cucamnga, CA 91730

Birth date (Year only): 1963  SSN (last 4 #): ____  Sex M  Race: Hispanic  Nationality: Mexican

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant   MARTIN CERNA GARCIA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

≋JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** _____          **Investigating Agency** DEA/MSP

**City** Lynn, MA          **Related Case Information:**

**County** Essex          Superseding Ind./ Inf.  x          Case No.  04-10299-PBS
                          Same Defendant _____          New Defendant  X
                          Magistrate Judge Case Number _____
                          Search Warrant Case Number _____
                          R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  ROBINSON RUIZ          Juvenile   ☐ Yes   ☒ No

**Alias Name**  "Metresa"

**Address**  6 Houston Street, Lynn, MA 01905

**Birth date (Year only):** 1964   **SSN (last 4 #):** 6369   **Sex** M   **Race:** Hispanic   **Nationality:** Dom. Republic

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher          **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes  ☐ No          **List language and/or dialect:**   Spanish

**Matter to be SEALED:**   ☒ Yes  ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBINSON RUIZ

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45  (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet   U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** _____  **Investigating Agency** DEA/MSP

**City** Lynn, MA   **Related Case Information:**

**County** Essex   Superseding Ind./ Inf. __x__   Case No. 04-10299-PBS
Same Defendant _____   New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  CARLOS RAFAEL ROJAS   Juvenile  ☐ Yes  ☒ No

Alias Name  "Chelo"; "Ramon"

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex M  Race: _____  Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher   Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect:  Spanish

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**


JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet         U.S. District Court - District of Massachusetts

Place of Offense: __MA__          Category No. _____          Investigating Agency __DEA/MSP__

City __Lynn/Peabody__         Related Case Information:

County __Essex__          Superseding Ind./ Inf. __X__          Case No. __04-10299-PBS__
Same Defendant _____          New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CARLOS ORLANDO ARGUETA-MACARIO__          Juvenile   [ ] Yes   [X] No

Alias Name __"Chaparro"__

Address __15 Washington Place, Peabody, MA 01960__

Birth date (Year only): __1967__   SSN (last 4 #): __0292__   Sex __M__   Race: __Hispanic__   Nationality: __Mexican__

Defense Counsel if known: _____          Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__          Bar Number if applicable _____

Interpreter:   [X] Yes   [ ] No          List language and/or dialect:   __Spanish__

Matter to be SEALED:   [X] Yes   [ ] No

[X] Warrant Requested          [ ] Regular Process          [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

Charging Document:   [ ] Complaint   [ ] Information   [X] Indictment

Total # of Counts:   [ ] Petty _____   [ ] Misdemeanor _____   [X] Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __MA__   Category No. _____   Investigating Agency __DEA/MSP__

City __Lynn, MA__   Related Case Information:

County __Essex__
Superseding Ind./ Inf. __x__   Case No. __04-10299-PBS__
Same Defendant _____   New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __WILLIAM R. HOLMES__   Juvenile ☐ Yes ☒ No

Alias Name __"Billy"__

Address __43 Reservoir Drive, Danvers, MA__

Birth date (Year only): __1961__   SSN (last 4 #): __7332__   Sex __M__   Race: _____   Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__   Bar Number if applicable _____

Interpreter:   ☐ Yes ☐ No   List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   WILLIAM R. HOLMES, a/k/a "Billy"

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __MA__     Category No. _____     Investigating Agency __DEA/MSP__

City __Lynn, MA__     Related Case Information:

County __Essex__     Superseding Ind./ Inf. __x__     Case No. __04-10299-PBS__
Same Defendant _____     New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GENE A. ANDERSON__     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __87 Broad Street #1, Lynn, MA__

Birth date (Year only): __1970__  SSN (last 4 #): __0733__  Sex __M__  Race: _____  Nationality: _____

Defense Counsel if known: _____     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__     Bar Number if applicable _____

Interpreter:  ☐ Yes  ☐ No     List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:     ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:     ☐ Petty _____     ☐ Misdemeanor _____     ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    GENE A. ANDERSON

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**