UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10299-PBS |
| v. | |
| GERARDO VASSEUR ORTIZ | |

## NOTICE OF RESCHEDULED RULE 11 HEARING

SARIS, U.S.D.J.                                                                                              August 5, 2005

The Rule11 Hearing previously scheduled for August 5, 2005, has been **rescheduled** to **August 19, 2005, at 2:30 p.m.**

By the Court,

_/s/ Robert C. Alba_
Deputy Clerk

Copies to:  All Counsel

resched.ntc