IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | NO. 04-10299-PBS |
| GERARDO VASSUER-ORTIZ, ) | |
| ) | |

**GOVERNMENT'S MOTION FOR AN ADDITIONAL SEVEN DAYS
TO PROVIDE PROBATION WITH A STATEMENT OF RELEVANT FACTS**

The United States respectfully moves this Court for an additional seven (7) days to provide Probation with a statement of relevant facts for defendant GERARDO VASSUER-ORTIZ. In support, the government submits the following:

1. On August 19, 2005, defendant VASSUER-ORTIZ pled guilty pursuant to a plea agreement with the government. The court ordered the government to provide U.S. Probation with a statement of relevant facts and other Fed. R. Crim. P. 32(b)(4) materials by August 26, 2005.

2. The instant case involves a complicated fact pattern involving Title III interceptions over numerous different intercepted phone calls involving VASSUER-ORTIZ and surveillance. Because of the complex nature of the evidence, additional time is required to provide Probation with an accurate and complete statement of relevant facts.

3.      Accordingly, the government requests an extension of time until September 2, 2005 to provide a statement of relevant conduct to U.S. Probation.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

            By:        /s/ Neil J. Gallagher, Jr.
                                      Neil J. Gallagher, Jr.
                                      Assistant U.S. Attorney
                                      One Courthouse Way
                                      Boston, MA
                                      (617) 748-3397

Date: August 27, 2005