```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA   )
                           )
                           )    CRIMINAL ACTION
     v.                    )
                           )    NO. 04-10299-PBS-17
**ALEJANDRO ROSA,**            )
**a.k.a. Gerardo Vasseur Ortiz**  )
                           )

### UNITED STATES' ASSENTED TO MOTION TO CONTINUE SENTENCING FOR TWO WEEKS

The United States respectfully moves this Court to continue sentencing for defendant ROSA for approximately two weeks. In support, the government submits the following:

On August 19, 2005, defendant ROSA pled guilty to Count One of the Second Superseding Indictment, charging conspiracy to distribute five kilograms or more of cocaine. The Court scheduled sentencing for November 20, 2005.

U.S. Probation has not been able to prepare the Pre-Sentence Report (PSR) because the government has provided Probation with a complete version of the statement of relevant facts. The government will do so by Friday, October 14, 2005. Therefore, U.S. Probation will need additional time to finalize the PSR.

Counsel for defendant assents to the granting of this motion.

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

               By:          <u>/s/ Neil Gallagher</u>
                              Neil J. Gallagher, Jr.
                              Assistant U.S. Attorney
                              (617) 748-3397

Date: October 13, 2005