UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs | ) Docket No. 04-10299-PBS |
| | ) |
| Gerardo Vasseur Ortiz, | ) |
| a/ka Alejandro Rosa, Defendant | ) |

### DEFENDANT'S MOTION FOR ORDER
### TO PROVIDE DENTAL TREATMENT

The defendant, who is presently detained at the Plymouth County Correctional Facility, is currently suffering from a broken tooth condition, which is causing him considerable pain and discomfort.

On August 19, 2005, at the time of the Rule 11 hearing, this dental problem was reported to Judge Saris and she requested the Marshals to notify the authorities at the Plymouth County Correctional Facility to provide the defendant with the necessary dental treatment. The defendant's family reports that, to date, no treatment for his dental condition has been provided.

Wherefore, the defendant moves that the Court order the authorities at the Plymouth County Correctional Facility to provide him with necessary dental treatment, forthwith, or that the Court take such other action as may be appropriate to address this situation.

By his Attorney,

Richard M. Welsh, Attorney for the Defendant
80 Worcester Street, North Grafton, MA 01536
Tel: (508) 839-7713, BBO #522660