UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | Docket No. 04-10299-PBS |
| ) | |
| Gerardo Vasseur Ortiz, ) | |
| a/ka Alejandro Rosa, Defendant ) | |

DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE

Pursuant to the provisions of U.S.S.G. #4A1.3, the defendant moves that the Court grant him a downward departure from the applicable Guideline range, for the reason that a criminal history category II substantially over-represents the seriousness of his criminal history.

By his Attorney,

/s/ Richard M. Welsh
Richard M. Welsh
Attorney for the Defendant
80 Worcester Street
North Grafton, MA 01536
Tel: (508) 839-7713