UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

GERARDO VASSEUR ORTIZ

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                              March 20, 2006

     The Sentencing previously scheduled for March 24, 2006, has been **rescheduled** to **March 27, 2006, at 3:00 p.m.**

                                                  By the Court,

                                                /s/ Robert C. Alba
                                               Deputy Clerk

Copies to:  All Counsel

resched.ntc